IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRCT OF PENNSYLVANIA

| | |
|---|---|
| Linda Cammaroto,<br>      Plaintiff<br><br>v.<br><br>CACH, LLC,<br>      Defendant | Docket No. 3:23-cv-1911-JKM<br><br>(Judge Julia K. Munley)<br><br><br><br>Filed Electronically |

## **STATUS REPORT**

The parties in this matter have reached a tentative settlement, which should be completed within 60 days. Once the settlement is completed, Plaintiff will file a dismissal with prejudice. Plaintiff therefore requests that the Court enter a 60-day settlement order, affording each party the right to reinstate the case if the settlement is not consummated. Plaintiff has reached out to counsel for Defendant in an attempt to seek concurrence with this filing, but Defendant's counsel is out-of-the-office until after the New Year.

*s/ Brett Freeman*
Brett Freeman
Bar Number: PA 308834
Freeman Law
606 Hamlin Highway, Suite 2
Lake Ariel, PA 18436
Attorney for Plaintiff
Phone (570) 589-0010
Fax (570) 456-5955
Email brett@freeman.law