## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

LINDA CAMMAROTO,                  :     No. 3:23cv1911
              Plaintiff          :
                                 :     (Judge Munley)
          v.                          :
                                 :
CACH, LLC,                        :
              Defendant          :

## ORDER OF DISMISSAL

Upon notice to the court by plaintiff's counsel that this case is settled, (Doc. 3), it is hereby ordered that this case is dismissed without costs.  The parties have sixty (60) days in which to consummate the settlement.  Either party may reinstate the case if the settlement is not consummated within sixty (60) days.

Date: December 29, 2023                    BY THE COURT:


                                             s/ Julia K. Munley
                                             JUDGE JULIA K. MUNLEY
                                             United States District Court