## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Linda Cammaroto,<br>　　　　　　Plaintiff | Docket No. 3:23-cv-01911-JKM |
| | (Judge Julia K. Munley) |
| 　　　v. | |
| | ELECTRONICALLY FILED |
| CACH, LLC,<br>　　　　　　Defendant | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties hereby stipulate to the dismissal of this matter with prejudice,

with each side to bear its own fees and costs.

| *s/ Brett M. Freeman* | *s/ Lauren Burnette (with consent)* |
|---|---|
| Brett M. Freeman | Lauren Burnette |
| Bar Number PA 308834 | Bar Number PA 92412 |
| FREEMAN LAW | Messer, Strickler, Burnette, LTD |
| Attorney for Plaintiff | Attorney for Defendant |
| 606 Hamlin Highway, Suite 2 | 12276 San Jose Blvd., Suite 718 |
| Lake Ariel, PA 18436 | Jacksonville, FL 32223 |
| P: (570) 589-0010 | P: (904) 527-1172 |
| F: (570) 456-5955 | F: (904) 683-7353 |
| brett@freeman.law | lburnette@messerstrickler.com |