## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Linda Cammaroto,<br>                Plaintiff<br><br>v.<br><br>CACH, LLC,<br>                Defendant | Docket No. 3:23-cv-01911-JKM<br><br>(Judge Julia K. Munley)<br><br>ELECTRONICALLY FILED |

## **ORDER**

Upon consideration of the Stipulation of Dismissal with Prejudice filed by the parties, it is hereby ordered that the stipulation is approved. This matter is hereby dismissed with prejudice, with each party to bear its own fees and costs. The Clerk of Court is directed to dismiss the case.

Date:_____　　　　　　　　　_____

　　　　　　　　　　　　　　　　　　　Julia K. Munley
　　　　　　　　　　　　　　　　　　　United States District Judge